THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LORI KING**<br><br>v.<br><br>**BOROUGH OF NEW HOLLAND**, *et al.* | CIVIL ACTION<br><br>No. 24-6628 |

## ORDER

**AND NOW**, this 20th day of January, 2026, upon consideration of the Motion to Dismiss and the opposition thereto, it is hereby **ORDERED**:

1. The motion to dismiss (ECF 16) is **GRANTED IN PART** and **DENIED IN PART**.

2. Count I is **DISMISSED WITH PREJUDICE** as to claims under Due Process.

3. Timothy Bender and J. Richard Fulcher are each **DISMISSED WITHOUT PREJUDICE** as defendants.

4. The motion is otherwise **DENIED**, and the complaint may otherwise proceed.

5. King is **GRANTED** leave to amend her complaint by 14 days after the entry of this Order only insofar as such amendment may cure the issues identified in the attached memorandum.

6. Responsive pleadings are due 21 days after the entry of this Order, regardless of amendment. If any allegations in the operative complaint relate exclusively to dismissed counts or parties or counts defendants intend to challenge in a second motion to dismiss, they may be left without response until further order.

**BY THE COURT**:

*s/ Catherine Henry*
**CATHERINE HENRY, J.**